# City Court.

*Special Term—July*, 1885.

## HERBERT *against* DRAKE.    (TWO CASES.)

Where the action is *in forma pauperis*, it cannot be stayed on account of the non-payment of costs awarded against the plaintiff in a previous action.

McADAM, Ch. J.—The plaintiff brought suit in the supreme court against the defendant on the same cause of action involved here, and judgments for costs were recovered on demurrer against the plaintiff, aggregating $120.45 in each case. The plaintiff thereupon brought the present suits in this court, on the same cause of action, and the defendant applies for a stay of all proceedings in these actions until the costs of the former actions in the supreme court are paid. Ordinarily, the motions would be granted as of course. But the plaintiff brought the present actions *in forma pauperis*, and this feature presents the question to be decided. Daniels (1 *Ch. Pr.* 39) says : " It seems doubtful whether, after a dismissal of a former suit, a plaintiff will be permitted to sue again for the same matter *in forma pauperis* without paying the

costs of the first suit." But all doubt as to the practice
is removed by section 461 of the Code, which provides that
the plaintiff " shall not be prevented from prosecuting the
same by reason of his being liable for the costs of a former
action brought by him against the same defendant." In
Lyons v. Murat (4 *Abb. N. C.* 13), relied on by the defend-
ant, the costs were incurred in the same action prior to
the leave to sue *in forma pauperis*, and, on the ground that
the order did not relate back to the commencement of the
suit, the action was stayed until such costs were paid.
That exceptional case does not apply to the present
actions, which come within the express provision of section
461 (*supra*), which controls. Application denied ; no costs.